**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No. **CV 18-256-JFW(PLAx)** | Date: January 30, 2018 |

Title: Alliance for Constitutional Sex Offense Laws Inc., et al. -v- Department of State, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     ORDER TO SHOW CAUSE RE: DISMISSAL OF PLAINTIFFS DOE #1 AND DOE #2

     The Court has reviewed the Complaint in this action and notes that Plaintiffs DOE #1 and DOE #2 appear anonymously without leave of Court in violation of Federal Rule of Civil Procedure 10(a) and Local Rule 11-3.8(d). Accordingly, Counsel for Plaintiffs is ordered to show cause in writing on or before February 2, 2018 why Plaintiffs DOE #1 and DOE #2 should not be dismissed for failure to seek leave of Court to proceed anonymously. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the dismissal of Plaintiffs DOE #1 and DOE #2.

     IT IS SO ORDERED.

Initials of Deputy Clerk  sr